1
2
3                    **UNITED STATES DISTRICT COURT**
4                        **DISTRICT OF NEVADA**
5                                * * *

6    Tyler Harris,                            Case No. 2:25-cv-00211-JCM-DJA

7                      Plaintiff,
                                                       **Order**
8           v.

9    Los Angeles County, et al.,

10                    Defendants.

11

12        On January 31, 2025, Plaintiff filed initiating documents with the Court.  (ECF No. 1).

13   However, Plaintiff has failed to pay the filing fee or submit an application/motion to proceed *in*

14   *forma pauperis* (which means proceeding without paying the filing fee).  Plaintiff has also failed

15   to provide his address.

16        Although Plaintiff initiated this action by filing documents, he must apply to proceed *in*

17   *forma pauperis* in order to proceed with this civil action without prepaying the full $405 filing

18   fee.  The Court will grant Plaintiff one opportunity to file such an application within 30 days.

19   Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and

20   instead pay the full filing fee of $405 on or before **March 6, 2025,** to proceed with this case.

21        Additionally, Plaintiff must provide his contact information so that the Court can reach

22   him.  Under Local Rule IA 3-1, "[a]n attorney or pro se party must immediately file with the

23   court written notification of any change of mailing address, email address, telephone number, or

24   facsimile number."  That rule also provides that "[f]ailure to comply with this rule may result in

25   the dismissal of the action…or other sanctions as deemed appropriate by the court."  LR IA -13.

26   ///

27   ///

28   ///

1    **IT IS THEREFORE ORDERED** that Plaintiff must provide his address to the Court on

2  or before **March 6, 2025.**   If Plaintiff fails to provide his address on or before **March 6, 2025,**

3  the Court will recommend dismissal of this action.

4    **IT IS FURTHER ORDERED** that on or before **March 6, 2025,** Plaintiff will either pay

5  the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55

6  administrative fee) or file with the Court a completed application to proceed *in forma pauperis* on

7  this Court's approved form.

8    **IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application

9  to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before **March**

10  **6, 2025,** the Court will recommend dismissal of this action.

11

12    DATED: February 4, 2025

13

14    _____
       DANIEL J. ALBREGTS
       UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28